JS 44   (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Mutatie Johnson | The  GEO Group, Inc., GEO Reentry Services, LLC., GEO Corrections and Detentions and Community Education Centers, Inc. |

**(b)**  County of Residence of First Listed Plaintiff  Philadelphia
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Palm Beach
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)**  Attorneys *(Firm Name, Address, and Telephone Number)*

Kevin V. Mincey, Esquire, 1650 Market Street, 36th Floor
Philadelphia, PA 19103  215-587-0006

Attorneys *(If Known)*

Matthew H. Fry, Esquire, 21 West Front Street, Media PA 19063
610-565-5700

## II.  BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☐ 3  Federal Question *(U.S. Government Not a Party)*
- ☒ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III.  CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV.  NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine | Injury Product | | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 880 Defend Trade Secrets | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | Act of 2016 | (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | Act | | ☐ 485 Telephone Consumer |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | ☐ 720 Labor/Management | **SOCIAL SECURITY** | Protection Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 751 Family and Medical | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| | Medical Malpractice | | Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement | | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 870 Taxes (U.S. Plaintiff | Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | or Defendant) | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party | ☐ 899 Administrative Procedure |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | 26 USC 7609 | Act/Review or Appeal of |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | Agency Decision |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | ☐ 950 Constitutionality of |
| | Other | ☐ 550 Civil Rights | Actions | | State Statutes |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V.  ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1  Original Proceeding
- ☒ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from Another District *(specify)*
- ☐ 6  Multidistrict Litigation - Transfer
- ☐ 8  Multidistrict Litigation - Direct File

## VI.  CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. Section 1332
Brief description of cause:
Civil Rights Violation

## VII.  REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☐ No

## VIII.  RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**CASE MANAGEMENT TRACK DESIGNATION FORM**

| | | |
|---|---|---|
| Mutatie Johnson | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| The GEO Group, Inc., et al | : | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants.  (See § 1:03 of the plan set forth on the reverse side of this form.)  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.                    ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
    and Human Services denying plaintiff Social Security Benefits.                    ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.   ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
    exposure to asbestos.                    ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
    commonly referred to as complex and that need special or intense management by
    the court.  (See reverse side of this form for a detailed explanation of special
    management cases.)                    ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.         ( X )

| | | |
|---|---|---|
| June 7, 2022 | Matthew H. Fry, Esquire | The GEO Group, Inc., et al. |
| **Date** | **Attorney-at-law** | **Attorney for** |
| 610-565-5700 | 610-892-0652 | mfry@diorioserni.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: Mutatie Johnson, 2533 N. 24th Street, Philadelphia PA 19132

Address of Defendant: The GEO Group, Inc., 4955 Technology Way, Boca Raton FL 33431

Place of Accident, Incident or Transaction: Thornton, PA

---

**RELATED CASE, IF ANY:**

Case Number: _____ Judge: _____ Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes ☐   No ☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?   Yes ☐   No ☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?   Yes ☐   No ☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?   Yes ☐   No ☑

I certify that, to my knowledge, the within case ☐ is / ☐ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 06/07/2022    /s/ Matthew H Fry    83131

*Must sign here*

*Attorney-at-Law / Pro Se Plaintiff*    *Attorney I.D. # (if applicable)*

---

**CIVIL: (Place a √ in one category only)**

**A.** *Federal Question Cases:*

- ☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
- ☐ 2. FELA
- ☐ 3. Jones Act-Personal Injury
- ☐ 4. Antitrust
- ☐ 5. Patent
- ☐ 6. Labor-Management Relations
- ☐ 7. Civil Rights
- ☐ 8. Habeas Corpus
- ☐ 9. Securities Act(s) Cases
- ☐ 10. Social Security Review Cases
- ☐ 11. All other Federal Question Cases
  *(Please specify):* _____

**B.** *Diversity Jurisdiction Cases:*

- ☐ 1. Insurance Contract and Other Contracts
- ☐ 2. Airplane Personal Injury
- ☐ 3. Assault, Defamation
- ☐ 4. Marine Personal Injury
- ☐ 5. Motor Vehicle Personal Injury
- ☑ 6. Other Personal Injury *(Please specify):* Assault & Battery
- ☐ 7. Products Liability
- ☐ 8. Products Liability – Asbestos
- ☐ 9. All other Diversity Cases
  *(Please specify):* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record *or* pro se plaintiff, do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DATE: _____    _____    _____

*Sign here if applicable*

*Attorney-at-Law / Pro Se Plaintiff*    *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

Civ. 609 (5/2018)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

| | | |
|---|---|---|
| **MUTATIE JOHNSON** | : | |
| Philadelphia, PA | : | |
| **Plaintiff,** | : | |
| | : | **No.:** |
| v. | : | |
| | : | |
| **THE GEO GROUP, INC.** | : | |
| 621 NW 53rd Street, Suite 700 | : | **NOTICE OF REMOVAL** |
| Boca Raton, FL 33487 | : | |
| | : | |
| and | : | |
| | : | |
| **GEO REENTRY SERVICES, LLC** | : | |
| 621 NW 53rd Street, Suite 700 | : | |
| Boca Raton, FL 33487 | : | |
| | : | |
| and | : | |
| | : | |
| **GEO CORRECTIONS AND** | : | |
| **DETENTIONS, LLC** | : | |
| 621 NW 53rd Street, Suite 700 | : | |
| Boca Raton, FL 33487 | : | |
| | : | |
| and | : | |
| | : | |
| **GEO CORRECTIONAL HOLDINGS, INC.** | : | |
| 4955 Technology Way | : | |
| Boca Raton, FL 33431 | : | |
| | : | |
| and | : | |
| | : | |
| | : | |
| **COMMUNITY EDUCATION CENTERS,** | : | |
| **INC.** | : | |
| 4955 Technology Way | : | |
| Boca Raton, FL 33431 | : | |
| | : | |
| and | : | |

**JOHN DOE CORRECTIONAL**              :
**OFFICERS**                                            :
500 Cheyney Road                                 :
Chester Heights, PA                             :
                                   **Defendants.**     :

___

TO:    **THE UNITED STATES DISTRICT COURT FOR**
           **THE EASTERN DISTRICT OF PENNSYLVANIA:**

      Defendants, The GEO Group, Inc., GEO Reentry Services, LLC., GEO Corrections and Detentions and Community Education Centers, Inc. by and through its attorneys, Robert M. DiOrio and Matthew H. Fry, give notice of removal of the above-captioned action from the Court of Common Pleas of Philadelphia County, Pennsylvania, in which this action is now pending, to the United States District Court for the Eastern District of Pennsylvania, pursuant to 28 U.S.C. §§1332, 1441, and 1446, and in support thereof aver as follows:

      1.    Plaintiff commenced this civil action by filing a complaint on March 11, 2022, sounding in state law claims for assault, battery, and intentional infliction of emotional distress arising from an incident that allegedly occurred on March 13, 2020.  A true and correct copy of the Plaintiff's Complaint is attached as Exhibit "A".

      2.    Defendants were served with the Complaint on May 9, 2022, and Defendants have filed this Notice of Removal with 30 days of first receipt of the Complaint, and thus this removal is timely pursuant to 28 U.S.C. §1441(e). A true and correct copy of the docket entries from the action filed in Philadelphia County Court of Common Pleas is attached hereto as Exhibit "B".

      3.    Plaintiff, Mutatie Johnson, upon information and belief, is a citizen of Pennsylvania for purposes of 28 U.S.C. §1332.

4.     Defendant The GEO Group, Inc., is a Florida corporation with a principal place of business at 4955 Technology Way, Boca Raton, FL 33431and is thus a citizen of Florida for the purposes of 28 U.S.C. §1332.

5.     Defendant Community Education Centers, Inc., is a Delaware corporation with a principal place of business at 4955 Technology Way, Boca Raton, FL 33431 and is thus a citizen of Florida for the purposes of 28 U.S.C. §1332.

6.     Defendant GEO Reentry Services, LLC., is a Florida limited liability company with a principal place of business at 4955 Technology Way, Boca Raton, FL 33431and is thus a citizen of Florida for the purposes of 28 U.S.C. §1332.

7.     Defendant, GEO Reentry Services, LLC has two members, GEO Operations, Inc. and GEO Corrections Holdings, Inc.

8.     Member GEO Operations, Inc. is a Florida Corporation with a principal place of business in Boca Raton, Florida.

9.     Member GEO Corrections Holdings, Inc. is a Florida Corporation with a principal place of business in Boca Raton, Florida.

10.    Defendant GEO Corrections and Detentions, LLC, now known as GEO Secure Services, LLC, is a Florida limited liability company with a principal place of business at 4955 Technology Way, Boca Raton, FL 33431and is thus a citizen of Florida for the purposes of 28 U.S.C. §1332.

11.    Defendant, GEO Corrections and Detentions, LLC, now known as GEO Reentry Services, LLC, has two members, GEO Operations, Inc. and GEO Corrections Holdings, Inc.

12.    Member GEO Operations, Inc. is a Florida Corporation with a principal place of business in Boca Raton, Florida.

3

13.     Member GEO Corrections Holdings, Inc. is a Florida Corporation with a principal place of business in Boca Raton, Florida.

14.     Thus, both Defendants GEO Reentry Services, LLC and GEO Corrections and Detentions, LLC, now known as GEO Secure Services, LLC have the same members, and none are citizens of Pennsylvania, but rather are incorporated and have principal places of business in the State of Florida.

15.     Upon information and belief, Plaintiff's Complaint seeks damages in excess of $75,000 based upon the injuries alleged and thus, the amount in controversy is in excess of the jurisdictional amount for diversity jurisdiction.

16.     There is diversity of citizenship between Plaintiff and Defendants; therefore, this Court has jurisdiction over this matter through federal diversity jurisdiction, pursuant to 28 U.S.C. §1332.

        **WHEREFORE**, Defendant hereby gives notice of removal of the above action now pending in the Court of Common Pleas of Philadelphia County, Pennsylvania to the United States District Court for the Eastern District of Pennsylvania. This action will proceed in this Court as an action properly removed thereto.

Respectfully Submitted,
**DiORIO & SERENI, LLP**

**DATE:** June 7, 2022          **BY:**     /s/ *Robert M. DiOrio*
                                            **ROBERT M. DIORIO, ESQ.**
                                            Attorney ID No.: 17838

                                            /s/ *Matthew H. Fry*
                                            **MATTHEW H. FRY, ESQ.**
                                            Attorney ID No.: 83131
                                            DiOrio & Sereni LLP
                                            P.O. Box 1789
                                            Media, PA 19063
                                            (610) 565-5700 (telephone)
                                            (610) 891-0652 (facsimile)

# EXHIBIT "A"

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

| For Prothonotary Use Only (Docket Number) |
|---|
| **MARCH 2022** |
| E-Filing Number: 2203028375   **001306** |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| MUTATIE JOHNSON | THE GEO GROUP, INC |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 2533 N. 24TH ST.<br>PHILADELPHIA PA 19132 | 621 NW 53RD STREET, SUITE 700<br>BOCA RATON FL 33487 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | GEO REENTRY SERVICES, LLC. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | 621 NW 53RD STREET, SUITE 700<br>BOCA RATON FL 33487 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | GEO CORRECTIONS AND DETENTIONS, LLC |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | 621 NW 53RD STREET, SUITE 700<br>BOCA RATON FL 33487 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 5 | ☒ Complaint   ☐ Petition Action   ☐ Notice of Appeal<br>☐ Writ of Summons   ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | |
|---|---|---|---|
| ☐ $50,000.00 or less<br>☒ More than $50,000.00 | ☐ Arbitration<br>☒ Jury<br>☐ Non-Jury<br>☐ Other: | ☐ Mass Tort<br>☐ Savings Action<br>☐ Petition | ☐ Commerce<br>☐ Minor Court Appeal<br>☐ Statutory Appeals | ☐ Settlement<br>☐ Minors<br>☐ W/D/Survival |

**CASE TYPE AND CODE**

2B - ASSAULT, BATTERY

**STATUTORY BASIS FOR CAUSE OF ACTION**

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | **FILED PRO PROTHY**<br><br>MAR 11 2022<br><br>**R. SCHREIBER** | IS CASE SUBJECT TO COORDINATION ORDER?<br>YES          NO |
|---|---|---|

**TO THE PROTHONOTARY:**

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: MUTATIE JOHNSON

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| KEVIN V. MINCEY | 1650 MARKET STREET<br>36TH FLOOR<br>PHILADELPHIA PA 19103 |

| PHONE NUMBER | FAX NUMBER |
|---|---|
| (215)587-0006 | (215)587-0628 |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 90201 | kevin@minceyfitzross.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| *KEVIN MINCEY* | Friday, March 11, 2022, 08:45 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

**COMPLETE LIST OF DEFENDANTS:**

    1. THE GEO GROUP, INC
          621 NW 53RD STREET, SUITE 700
          BOCA RATON FL 33487
    2. GEO REENTRY SERVICES, LLC.
          621 NW 53RD STREET, SUITE 700
          BOCA RATON FL 33487
    3. GEO CORRECTIONS AND DETENTIONS, LLC
          621 NW 53RD STREET, SUITE 700
          BOCA RATON FL 33487
    4. COMMUNITY EDUCATION CENTERS, INC
          621 NW 53RD STREET, SUITE 700
          BOCA RATON FL 33487
    5. JOHN DOE CORRECTIONAL  OFFICERS
          500 CHEYNEY ROAD
          CHESTER HEIGHTS PA 19342

**MINCEY FITZPATRICK ROSS, LLC**
BY: Kevin V. Mincey, Esquire
IDENTIFICATION NOs.: 90201
1650 Market St., 36th Floor
Philadelphia, PA 19103
215-587-0006(p) / 215-587-0628(f)



Counsel for Plaintiff
Filed and Attested by the
Office of Judicial Records
11 MAR 2022 08:45 pm

## IN THE COURT OF COMMON PLEAS FOR PHILADELPHIA COUNTY

|  |  |
|---|---|
| | : |
| | : MARCH 2022 TERM |
| | : |
| | : NO. |
| | : |
| MUTATIE JOHNSON | : |
| Philadelphia, PA | : |
| | : |
| | : |
| v. | : |
| Plaintiffs | : |
| | : |
| | : |
| THE GEO GROUP, INC. | : |
| 621 NW 53rd Street, Suite 700 | : |
| Boca Raton, FL 33487 | : |
| | : |
| and | : |
| | : |
| GEO REENTRY SERVICES, LLC. | : |
| 621 NW 53RD Street, Suite 700 | : |
| Boca Raton, FL 33487 | : |
| | : |
| and | : |
| | : |
| GEO CORRECTIONS AND | : |
| DETENTIONS, LLC | : |
| 621 NW 53rd Street, Suite 700 | |
| Boca Raton, FL 33487 | |
| | |
| and | |
| | |
| GEO CORRECTIONAL HOLDINGS, INC. | |
| 621 NW 53rd Street, Suite 700 | |
| Boca Raton, FL 33487 | |

1

Case ID: 220301306

and

COMMUNITY EDUCATION CENTERS,
INC.
621 NW 53rd Street, Suite 700
Boca Raton, FL 33487

and

JOHN DOE CORRECTIONAL
OFFICERS
500 Cheyney Road
Chester Heights, PA

                          Defendants.

## NOTICE TO PLEAD

| NOTICE | AVISO |
|---|---|
| You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you. | Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrite sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomará mdidas y puede continuar la demanda en contra suya sin previo aviso o notificación. Además, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted. |

2

| | |
|---|---|
| YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.<br>PHILADELPHIA BAR ASSOCIATION LAWYER REFERRAL AND INFORMATION SERVICE<br>ONE READING CENTER<br>PHILADELPHIA, PA 19107<br>TELEPHONE: (215) 238-6333 | LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATA-MENTE. SI NO TIENE ABOGADO O SINO TIENE EL DI-NERO SUFICIENTE DE PAGAR TAL SERVICO, VAYA EN PERSONA O LLAME POR TELEPHONO A LA OFICINA CUYA DIRECCIÓN SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUDE CONSEGUIR ASISTENCIA LEGAL.<br>ASOCIACIÓN DE LICENCIADOS DE FILADELFIA<br>SERVICIO DE REFERENCIA E INFORMACIÓN LEGAL<br>ONE READING CENTER<br>FILADELFIA, PA 19107<br>TELÉFONO: (215) 238-6333 |

## COMPLAINT

Plaintiff, Mutatie Johnson, by and though his undersigned counsel, Mincey Fitzpatrick Ross, LLC., hereby demands damages of the above-captioned Defendants in a sum in excess of the local arbitration limits, exclusive of interests, costs and damages for prejudgment delay, upon the causes of action set forth below:

## PARTIES AND VENUE

1.      Plaintiff, Mutatie Johnson, is a resident of Philadelphia, Pennsylvania.

2.      Defendant, The GEO Group,, Inc. ("GEO"), is a corporation or other jural entity organized and existing under and by virtue of the laws of the State of Florida and with a business address at 621 NW 53rd Street, Suite 700, Boca Raton, FL 33487.

3.      GEO is a private for-profit operator of correctional facilities and was at all times a publicly held corporation trading under the stock symbol "GEO." At all times relevant thereto, Defendant GEO and or its subsidiaries, successors in interest, or predecessors in interest had a contract to operate the George W. Hill Correctional Facility, located in

3

Delaware County, Pennsylvania. At no time relevant hereto, was GEO a municipality, political subdivision, or agency of the Commonwealth of Pennsylvania.

4.     Defendant GEO Reentry Services, LLC ("GEO Reentry"), is a corporation or other jural entity organized and existing under and by virtue of the laws of the State of Florida and with a business address at 621 NW 53rd Street, Suite 700, Boca Raton, FL 33847. At all times relevant hereto, Defendant GEO Reentry was an indirect or direct subsidiary of GEO.

5.     GEO Reentry is a private for-profit operator of correctional facilities. At all times relevant thereto, Defendant GEO Reentry and or its subsidiaries, successors in interest, or predecessors in interest had a contract to operate the George W. Hill Correctional Facility, located in Delaware County, Pennsylvania. At no time relevant hereto, was GEO Reentry a municipality, political subdivision, or agency of the Commonwealth of Pennsylvania.

6.     Defendant GEO Operations, Inc. ("GEO Operations"), is a corporation or other jural entity organized and existing under and by virtue of the laws of the State of Florida and with a business address at 621 NW 53rd Street, Suite 700, Boca Raton, FL 33847. At all times relevant hereto, Defendant GEO Operations was an indirect or direct subsidiary of GEO.

7.     GEO Operations is a private for-profit operator of correctional facilities. At all times relevant thereto, Defendant GEO Operations and or its subsidiaries, successors in interest, or predecessors in interest had a contract to operate the George W. Hill Correctional Facility, located in Delaware County, Pennsylvania. At no time relevant

4

hereto, was GEO Operations a municipality, political subdivision, or agency of the Commonwealth of Pennsylvania.

8.      Defendant GEO Corrections and Detentions, LLC. ("GEO Corrections"), is a corporation or other jural entity organized and existing under and by virtue of the laws of the State of Florida and with a business address at 621 NW 53rd Street, Suite 700, Boca Raton, FL 33847. At all times relevant hereto, Defendant GEO Corrections was an indirect or direct subsidiary of GEO.

9.      GEO Corrections is a private for-profit operator of correctional facilities. At all times relevant thereto, Defendant GEO Corrections and or its subsidiaries, successors in interest, or predecessors in interest had a contract to operate the George W. Hill Correctional Facility, located in Delaware County, Pennsylvania. At no time relevant hereto, was GEO Corrections a municipality, political subdivision, or agency of the Commonwealth of Pennsylvania.

10.     Defendant GEO Corrections Holdings, Inc. ("GEO Holdings"), is a corporation or other jural entity organized and existing under and by virtue of the laws of the State of Florida and with a business address at 621 NW 53rd Street, Suite 700, Boca Raton, FL 33847. At all times relevant hereto, Defendant GEO Holdings was an indirect or direct subsidiary of GEO.

11.     GEO Holdings is a private for-profit operator of correctional facilities. At all times relevant thereto, Defendant GEO Holdings and or its subsidiaries, successors in interest, or predecessors in interest had a contract to operate the George W. Hill Correctional Facility, located in Delaware County, Pennsylvania. At no time relevant

5

hereto, was GEO Holdings a municipality, political subdivision, or agency of the Commonwealth of Pennsylvania.

12.     Defendant, Community Education Centers, Inc. ("CEC"), is a corporation or other jural entity organized and existing under and by virtue of the laws of the State of Florida and with a business address at 621 NW 53rd Street, Suite 700, Boca Raton, FL 33847. At all times relevant hereto, Defendant CEC was an indirect or direct subsidiary of GEO.

13.     CEC is a private for-profit operator of correctional facilities. At all times relevant thereto, Defendant CEC and or its subsidiaries, successors in interest, or predecessors in interest had a contract to operate the George W. Hill Correctional Facility, located in Delaware County, Pennsylvania. At no time relevant hereto, was CEC a municipality, political subdivision, or agency of the Commonwealth of Pennsylvania.

14.     Defendants, John Doe Corrections Officers (hereinafter referred to as Defendant Does) is an adult person, and were at all relevant times, employed by Defendants GEO, GEO Reentry, GEO Operations, GEO Corrections, GEO Holdings, and/or CEC as correctional officers at the George W. Hill Correctional Facility. At all times relevant hereto, Defendant Does participated in and contributed to the cause of Plaintiffs' injuries.

15.     The designation "John Doe" is one of a fictious person or entity.

16.     At all times relevant hereto, Defendants GEO, GEO Reentry, GEO Operations, GEO Corrections, GEO Holdings, and CEC (collectively "Defendants") were acting by and through their actual and/or ostensible agents, servants, and/or employees of George W. Hill Correctional Facility, including Defendant Does, and other personnel whose activities and conduct with regard to Mutatie Johnson and the policies and procedures

6

and practices of the Defendants and the George W. Hill Correctional Facility are presently known only to the Defendants, but not to the Plaintiff, after reasonable investigation. Further, Defendants GEO, GEO Reentry, GEO Operations, GEO Corrections, GEO Holdings, and CEC were acting as agents, direct, implied, ostensible or otherwise in the operation of the George Hill Correctional Facility including the events giving rise to this action.

17.     Venue in this matter is properly laid in Philadelphia County.

## OPERATIVE FACTS

18.     In or about 1997, responsibility for operation of the George W. Hill Correctional Facility was transferred from Delaware County to a private for-profit prison company, Wackenhut Corrections Corporation ("Wackenhut"). In or about 2003, Wackenhut changed its name to The GEO Group, Inc. ("GEO").

19.     On or about, December 31, 2008, GEO pulled out of operations of the George W. Hill Correctional Facility citing "underperformance and frequent litigations." A new for-profit prison contractor, CEC, took over operation of the facility.

20.     Upon information and belief, when CEC took over for GEO, the same management, including the warden and chief of security remained in charge of George W. Hill Correctional Facility.

21.     Upon information and belief, Defendants collectively continue to operate the George W. Hill Correctional Facility and continue to employ the individuals who staff the facility.

22.     On the March 13, 2020, Plaintiff was an inmate in custody at George W. Hill Correctional Facility.

7

23.     Plaintiff was searched after completing a visit with his girlfriend for contraband.

24.     At the conclusion of the search, suddenly, and without warning, Defendant Does, without justification, swarmed Plaintiff beating him with their hands and feet.

25.     The unprovoked attack put Plaintiff in fear of bodily injury and caused Plaintiff to suffer injuries.

26.     Defendants violated Plaintiff's clearly established and well-settled state constitutional rights, including, but not limited to, his right to be free from the use of excessive, unreasonable and unjustified force.

**COUNT I**
**ASSAULT**
**PLAINTIFF VS. DEFENDANT DOES**

27.     The allegations set forth in the preceding paragraphs are incorporated as though fully set forth herein.

28.     Defendant Does intended to, and actually, placed Plaintiff in fear of imminent, unwarranted, unprivileged, offensive bodily contact.

29.     As a consequence of these actions, Plaintiff suffered bodily injury.

30.     As a further consequence of the Defendant Does' actions, Plaintiff was placed in fear of serious bodily injury or death.

31.     The acts of Defendant Does, as set forth above, constituted the tort of assault, all to Plaintiff's great detriment and loss.

WHEREFORE, Plaintiff respectfully requests this Court to enter judgment in his favor and against Defendants in an amount in excess of Fifty Thousand Dollars ($50,000.00) for all damages and losses incurred by, or to be incurred by the Plaintiff as a result of Defendant Does' conduct, for punitive damages as a result of Defendant Does'

8

conduct, and for any and all reasonable attorney's fees and costs of litigation as may be allowed by law.

## COUNT II
### BATTERY
### PLAINTIFF VS. DEFENDANT DOES

32.     The allegations set forth in the preceding paragraphs are incorporated as though fully set forth herein.

33.     Defendant Does intended to subject Plaintiff to harmful offensive bodily contact and did, in fact, subject them to such bodily contact.

34.     As a consequence of these actions, Plaintiff suffered bodily injury.

35.     The acts of Defendant Does, as set forth above, constituted the tort of battery, all to Plaintiff's great detriment and loss.

WHEREFORE, Plaintiff respectfully requests this Court to enter judgment in his favor and against Defendant Does in an amount in excess of Fifty Thousand Dollars ($50,000.00) for all damages and losses incurred by, or to be incurred by the Plaintiff as a result of Defendant Does' conduct, for punitive damages as a result of Defendant Does' conduct, and for any and all reasonable attorney's fees and costs of litigation as may be allowed by law.

## COUNT III
### INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
### PLAINTIFFS VS. DEFENDANT DOES

36.     The allegations set forth in the preceding paragraphs are incorporated as though fully set forth herein.

37.     Defendant Does intentionally, recklessly, willfully, and without legal justification, by extreme and outrageous conduct caused severe emotional distress to Plaintiff.

9

38.     Specifically, and for the sole purpose of terrorizing Plaintiff, Defendant Does, without justification, attacked Plaintiff while he was defenseless and caused Plaintiff to suffer injuries.

39.     Defendant Does' affirmative acts of physically assaulting Plaintiff was an intentional demonstration of power and threat of serious bodily injury.

40.     Defendant Does knew, or had reason to know, that Plaintiff would fear serious bodily injury or death when he was attacked by Defendant Does.

41.     Defendant Does knowingly and intentionally weaponized the power of their position to place Plaintiff, in fear for his life.

WHEREFORE, Plaintiff respectfully request this Court to enter judgment in his favor and against Defendant Does in an amount in excess of Fifty Thousand Dollars ($50,000.00) for all damages and losses incurred by, or to be incurred by the Plaintiff as a result of Defendant Does' conduct, for punitive damages as a result of Defendant Does' conduct, and for any and all reasonable attorney's fees and costs of litigation as may be allowed by law.

**COUNT IV**
**NEGLIGENCE-VICARIOUS LIABILITY**
**PLAINTIFF V. DEFENDANTS, THE GEO GROUP, Inc., GEO REENTRY SERVICES, LLC., GEO OPERATIONS, INC., GEO CORRECTIONS AND DETENTIONS, LLC, GEO CORRECTIONS HOLDINGS, INC., AND COMMUNITY EDUCATION CENTERS, INC.**

42.     The allegations in all preceding paragraphs are incorporated and made part of this paragraph as if fully set forth here in their entirety.

43.     The collective negligence of Defendants, GEO, GEO Reentry, GEO Operations, GEO Corrections, GEO Holdings, and CEC, by and through their agents, servants, and/or

10

employees, with the course and scope of their agency and employment including

Defendant Does and other personnel whose activities and conduct with regard to Plaintiff

and the policies and procedures and practices of Defendants and the George W. Hill

Correctional Facility are presently known only to the Defendants, but not to the Plaintiff,

after reasonable investigation consists of the following:

a) Negligently and recklessly failing to respond to Plaintiff being assaulted;

b) Failing to comply with policies, procedures and post-orders in the incarceration, supervision, and handling of Plaintiff;

c) Failing to comply with relevant standards applicable to operation of jails including the George Hill Correctional Facility in the incarceration, supervision, and handling of Plaintiff;

d) Failing to adopt and enforce appropriate policies and procedures for the handling of inmates;

e) Negligence and recklessness arising from conduct unknown to Plaintiff, in the absence of discovery;

f) Failure to prevent the assault of Plaintiff.

WHEREFORE, Plaintiff respectfully request this Court to enter judgment in his favor

and against Defendants in an amount in excess of Fifty Thousand Dollars ($50,000.00)

for all damages and losses incurred by, or to be incurred by the Plaintiff as a result of

Defendants' conduct, for punitive damages as a result of Defendants' conduct, and for

any and all reasonable attorney's fees and costs of litigation as may be allowed by law.

## COUNT V
## NEGLIGENT HIRING, RETENTION, TRAINING, AND SUPERVISION
**PLAINTIFFS V. DEFENDANTS, THE GEO GROUP, Inc., GEO REENTRY
SERVICES, LLC., GEO OPERATIONS, INC., GEO CORRECTIONS AND**

11

**DETENTIONS, LLC, GEO CORRECTIONS HOLDINGS, INC., AND COMMUNITY EDUCATION CENTERS, INC.**

44.     The allegations in all preceding paragraphs are incorporated and made part of this paragraph as if fully set forth here in their entirety.

45.     Defendants GEO, GEO Reentry, GEO Operations, GEO Corrections, GEO Holdings, and CEC collectively maintained policies, procedures, and practices for the supervision, training, and hiring of employees at the George W. Hill Correctional Facility and policies and procedures for preventing inmates from being assaulted by corrections staff.

46.     The combined negligence of Defendants GEO, GEO Reentry, GEO Operations, GEO Corrections, GEO Holdings, and CEC, in the hiring, training, retention, and supervision of employees and/or agents and the policies and procedures described above consists of the following:

   a)   Employing and retaining correctional officers and sergeants who were not competent in complying with policies, procedures and post-orders in the incarceration, supervision, and handling of Plaintiff;

   b)   Employing and retaining correctional officers and sergeants who were not competent in complying with relevant standards applicable to operation of jails including the George Hill Correctional Facility in the incarceration, supervision, and handling of Plaintiff;

   c)   Failing to properly train correctional officers and sergeants in the use of force;

   d)   Failing to properly supervise correctional officers and sergeants in responding to inmates being assaulted by correctional staff;

12

e) Failing to adopt and apply policies, procedures, and practices for the proper hiring, retention, supervision, and training of staff at the George W. Hill Correctional Facility as described above.

47.    As a further direct and proximate cause and result of Defendant Bernard's breach of duty, Plaintiff suffered physical and mental pain, anguish, emotional distress, public humiliation and embarrassment, the loss of life's pleasures, inconvenience, and a loss of well-being.

WHEREFORE, Plaintiffs respectfully requests this Court to enter judgment in his favor and against Defendants in an amount in excess of Fifty Thousand Dollars ($50,000.00) for all damages and losses incurred by, or to be incurred by the Plaintiffs as a result of Defendants' conduct, for punitive damages as a result of Defendants' conduct, and for any and all reasonable attorney's fees and costs of litigation as may be allowed by law.

By:  **/s/ Kevin V. Mincey**
Kevin V. Mincey, Esquire
Attorney ID: 90201
Mincey Fitzpatrick Ross, LLC
1650 Market Street, 36th Floor
Philadelphia, PA 19103
215-587-0006 (p)
215-587-0628 (f)
Kevin@minceyfitzross.com
*Counsel for Plaintiff*

13

## VERIFICATION

I, Kevin V. Mincey, Esquire, am the counsel for Plaintiff in the herein matter and certify that the statements set forth in the attached Civil Action Complaint are true and correct to the best of my information, knowledge, and belief. I further understand that all statements set forth herein are subject to the prohibitions set forth in 18 Pa. C.S.A 4904, relating to unsworn falsification to authorities.

Dated: March 11, 2022

_____
KEVIN V. MINCEY, ESQUIRE

14

EXHIBIT "B"



No Items in Cart  ⬛ LOGOUT  mfry

Civil Docket Report

A $5 Convenience fee will be added to the transaction at checkout.

## Case Description

| | |
|---|---|
| **Case ID:** | 220301306 |
| **Case Caption:** | JOHNSON VS THE GEO GROUP, INC ETAL |
| **Filing Date:** | Friday , March 11th, 2022 |
| **Court:** | MAJOR JURY-STANDARD |
| **Location:** | City Hall |
| **Jury:** | JURY |
| **Case Type:** | ASSAULT, BATTERY |
| **Status:** | LISTED FOR CASE MGMT CONF |

## Related Cases

*No related cases were found.*

## Case Event Schedule

| Event | Date/Time | Room | Location | Judge |
|---|---|---|---|---|
| CASE MANAGEMENT CONFERENCE | 24-JUN-2022 09:00 AM | City Hall | Case Management Center, Rm 613 | *unassigned* |

## Case motions

*No case motions were found.*

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | ATTORNEY FOR PLAINTIFF | MINCEY, KEVIN V |
| **Address:** | 1650 MARKET STREET 36TH FLOOR PHILADELPHIA PA 19103 (215)587-0006 kevin@minceyfitzross.com | **Aliases:** | *none* | |
| | | | | |
| 2 | 1 | | PLAINTIFF | JOHNSON, MUTATIE |

| | | | |
|---|---|---|---|
| **Address:** | 2533 N. 24TH ST.<br>PHILADELPHIA PA<br>19132 | **Aliases:** | *none* |

| | | | |
|---|---|---|---|
| 3 | | DEFENDANT | GEO GROUP INC |
| **Address:** | 621 NW 53RD STREET,<br>SUITE 700<br>BOCA RATON FL 33487 | **Aliases:** | *none* |

| | | | |
|---|---|---|---|
| 4 | | DEFENDANT | GEO REENTRY SERVICES LLC |
| **Address:** | 621 NW 53RD STREET,<br>SUITE 700<br>BOCA RATON FL 33487 | **Aliases:** | *none* |

| | | | |
|---|---|---|---|
| 5 | | DEFENDANT | GEO CORRECTIONS AND DETENTIONS LLC |
| **Address:** | 621 NW 53RD STREET,<br>SUITE 700<br>BOCA RATON FL 33487 | **Aliases:** | *none* |

| | | | |
|---|---|---|---|
| 6 | | DEFENDANT | COMMUNITY EDUCATION CENTERS INC |
| **Address:** | 621 NW 53RD STREET,<br>SUITE 700<br>BOCA RATON FL 33487 | **Aliases:** | *none* |

| | | | |
|---|---|---|---|
| 7 | | DEFENDANT | JOHN DOE CORRECTIONAL OFFICERS |
| **Address:** | 500 CHEYNEY ROAD<br>CHESTER HEIGHTS PA<br>19342 | **Aliases:** | *none* |

| | | | |
|---|---|---|---|
| 8 | | TEAM LEADER | ANDERS, DANIEL J |
| **Address:** | 529 CITY HALL<br>PHILADELPHIA PA<br>19107 | **Aliases:** | *none* |

## Docket Entries

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount | Approval/Entry Date |
|---|---|---|---|---|
| 11-MAR-2022 08:45 PM | ACTIVE CASE | | | 14-MAR-2022 11:44 AM |
| **Docket Entry:** | E-Filing Number: 2203028375 | | | |
| | | | | |
| 11-MAR-2022 08:45 PM | COMMENCEMENT CIVIL ACTION JURY | MINCEY, KEVIN V | | 14-MAR-2022 11:44 AM |
| **Documents:** | ⬛ Click link(s) to preview/purchase the documents <br> Final Cover | | 🛒 **Click HERE to purchase all documents related to this one docket entry** | |
| **Docket Entry:** | *none.* | | | |
| | | | | |
| 11-MAR-2022 08:45 PM | COMPLAINT FILED NOTICE GIVEN | MINCEY, KEVIN V | | 14-MAR-2022 11:44 AM |
| **Documents:** | ⬛ Click link(s) to preview/purchase the documents <br> COMPLAINT - FINAL.pdf | | 🛒 **Click HERE to purchase all documents related to this one docket entry** | |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED. | | | |
| | | | | |
| 11-MAR-2022 08:45 PM | JURY TRIAL PERFECTED | MINCEY, KEVIN V | | 14-MAR-2022 11:44 AM |
| **Docket Entry:** | 8 JURORS REQUESTED. | | | |
| | | | | |
| 11-MAR-2022 08:45 PM | WAITING TO LIST CASE MGMT CONF | MINCEY, KEVIN V | | 14-MAR-2022 11:44 AM |
| **Docket Entry:** | *none.* | | | |
| | | | | |
| 26-APR-2022 12:52 PM | PRAECIPE TO REINSTATE CMPLT | MINCEY, KEVIN V | | 26-APR-2022 01:42 PM |
| **Documents:** | ⬛ Click link(s) to preview/purchase the documents <br> REINSTATE.pdf <br> COMPLAINT - FILED.pdf | | 🛒 **Click HERE to purchase all documents related to this one docket entry** | |

| Docket Entry: | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 REINSTATED. (FILED ON BEHALF OF MUTATIE JOHNSON) | | | |

| 19-MAY-2022 10:12 AM | AFFIDAVIT OF SERVICE FILED | MINCEY, KEVIN V | | 19-MAY-2022 10:18 AM |
| **Documents:** | ⚠ Click link(s) to preview/purchase the documents<br>Geo Corrections and Detention Ctr.pdf | | Click HERE to purchase all documents related to this one docket entry | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON GEO CORRECTIONS AND DETENTIONS LLC BY CERTIFIED MAIL ON 05/09/2022 FILED. (FILED ON BEHALF OF MUTATIE JOHNSON) | | | |

| 19-MAY-2022 10:16 AM | AFFIDAVIT OF SERVICE FILED | MINCEY, KEVIN V | | 19-MAY-2022 10:21 AM |
| **Documents:** | ⚠ Click link(s) to preview/purchase the documents<br>Deft Community.pdf | | Click HERE to purchase all documents related to this one docket entry | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON COMMUNITY EDUCATION CENTERS INC BY CERTIFIED MAIL ON 05/09/2022 FILED. (FILED ON BEHALF OF MUTATIE JOHNSON) | | | |

| 19-MAY-2022 10:26 AM | AFFIDAVIT OF SERVICE FILED | MINCEY, KEVIN V | | 19-MAY-2022 10:32 AM |
| **Documents:** | ⚠ Click link(s) to preview/purchase the documents<br>GEO Reentry Svcs.pdf | | Click HERE to purchase all documents related to this one docket entry | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON GEO REENTRY SERVICES LLC BY CERTIFIED MAIL ON 05/09/2022 FILED. (FILED ON BEHALF OF MUTATIE JOHNSON) | | | |

| 19-MAY-2022 10:43 AM | AFFIDAVIT OF SERVICE FILED | MINCEY, KEVIN V | | 19-MAY-2022 10:50 AM |
| **Documents:** | ⚠ Click link(s) to preview/purchase the documents<br>The GEO Group.pdf | | Click HERE to purchase all documents related to this one docket entry | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON GEO GROUP INC BY CERTIFIED MAIL ON 05/09/2022 FILED. (FILED ON BEHALF OF MUTATIE JOHNSON) | | | |

| 23-MAY-2022 | PRAECIPE-ATTACH | MINCEY, | | 23-MAY-2022 |

| 01:20 PM | VERIFICATION | KEVIN V | | 02:01 PM |
|---|---|---|---|---|
| **Documents:** | ⬇ Click link(s) to preview/purchase the documents<br><br>Praecipe to Sub Verf.pdf<br>Verification - Signedd.pdf | | 🛒 **Click HERE to purchase all documents**<br>**related to this one docket entry** | |
| **Docket Entry:** | PRAECIPE TO SUBSTITUTE/ATTACH VERIFICATION FILED. (FILED ON BEHALF OF MUTATIE JOHNSON) | | | |
| | | | | |
| 02-JUN-2022<br>03:36 PM | LISTED FOR CASE MGMT CONF | | | 02-JUN-2022<br>03:36 PM |
| **Docket Entry:** | *none.* | | | |
| | | | | |
| 04-JUN-2022<br>12:27 AM | NOTICE GIVEN | | | 04-JUN-2022<br>12:27 AM |
| **Docket Entry:** | OF CASE MANAGEMENT CONFERENCE SCHEDULED FOR 24-JUN-2022. | | | |

▶ Case Description   ▶ Related Cases   ▶ Event Schedule   ▶ Case Parties   ▶ Docket Entries

[ E-Filing System ]   [ Search Home ]

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**MUTATIE JOHNSON**                                              :
Philadelphia, PA                                                :
         **Plaintiff,**                         :
                                     :    **No.:**
v.                                                              :
                                     :
**THE GEO GROUP, INC.**                                         :
621 NW 53rd Street, Suite 700                                   :    **NOTICE OF REMOVAL**
Boca Raton, FL 33487                                            :
                                     :
       and                                            :
                                     :
**GEO REENTRY SERVICES, LLC**                                   :
621 NW 53rd Street, Suite 700                                   :
Boca Raton, FL 33487                                            :
                                     :
       and                                            :
                                     :
**GEO CORRECTIONS AND
DETENTIONS, LLC**                                               :
621 NW 53rd Street, Suite 700                                   :
Boca Raton, FL 33487                                            :
                                     :
       and                                            :
                                     :
**GEO CORRECTIONAL HOLDINGS, INC.**                             :
4955 Technology Way                                             :
Boca Raton, FL 33431                                            :
                                     :
       and                                            :
                                     :
**COMMUNITY EDUCATION CENTERS,
INC.**                                                          :
4955 Technology Way                                             :
Boca Raton, FL 33431                                            :
                                     :
       and                                            :

**JOHN DOE CORRECTIONAL**      :
**OFFICERS**      :
500 Cheyney Road      :
Chester Heights, PA      :
          **Defendants.**      :

---

## CERTIFICATE OF SERVICE

We, Robert M. DiOrio and Matthew H. Fry, attorneys for Defendants, hereby certify that a true and correct copy of the foregoing Notice of Removal was filed electronically via the Court's Electronic system on the date below and is available for viewing and download by all counsel of record.

Kevin V. Mincey, Esquire
Mincey Fitzpatrick Ross, LLC
1650 Market Street, 36th Floor
Philadelphia, PA 19103

*via first class mail*

Prothonotary
Court of Common Pleas of Philadelphia County
City Hall, Room 278
Philadelphia, PA 19107

*via e-filing system*

Respectfully Submitted,
**DiORIO & SERENI, LLP**

**DATE:** <u>June 7, 2022</u>      **BY:**   <u>/s/ *Robert M. DiOrio*</u>
                            **ROBERT M. DIORIO, ESQ.**
                            Attorney ID No.: 17838

                            <u>/s/ *Matthew H. Fry*</u>
                            **MATTHEW H. FRY, ESQ.**
                            Attorney ID No.: 83131
                            DiOrio & Sereni LLP
                            P.O. Box 1789
                            Media, PA 19063
                            (610) 565-5700 (telephone)
                            (610) 891-0652 (facsimile)