IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MUTATIE JOHNSON,<br>*Plaintiff,*<br><br>v.<br><br>THE GEO GROUP, INC. et al.,<br>*Defendants.* | CIVIL ACTION<br><br>NO. 22-2224 |

## ORDER

**AND NOW**, this 1st day of May, 2023, upon consideration of Plaintiff's Motion for Leave to Amend (ECF No. 12) and all submissions related thereto, for the reasons stated in the accompanying memorandum, Plaintiff's Motion is **DENIED**.

BY THE COURT:

/s/ MICHAEL M. BAYLSON
_____
MICHAEL M. BAYLSON, U.S.D.J.